UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN MAGEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:21-CV-1726-G-BT |
| BSN SPORTS, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 8, 2022.  The court has reviewed the Findings, Conclusions, and Recommendation for plain error.  Finding none, the court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  The court **DISMISSES** Plaintiff's claims against Hooplife Basketball Academy, LLC, Todd Denton, Taylor Rogers, Damon Francis, and Monty Patelfor for lack of personal jurisdiction.  The court also **DISMISSES** with prejudice Plaintiff's claims under 15 U.S.C. § 45 and 18 U.S.C. § 2320(a) against BSN Sports, LLC ("BSN") and Nike, Inc. ("Nike").  Finally, the court grants BSN and Nike's requests a more definite

statement and **ORDERS** Plaintiff to file his first amended complaint no later than **September 30, 2022.**

  **SO ORDERED**.

August 26, 2022.

              _____
               **A. JOE FISH**
               **Senior United States District Judge**