UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN MAGEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:21-CV-1726-G-BT |
| NIKE, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the Findings, Conclusions, and Recommendations of United States Magistrate Judge Rebecca Rutherford dated April 24, 2023. The court has reviewed the Findings, Conclusions, and Recommendations for plain error. Finding none, the court accepts the Findings, Conclusions, and Recommendations of the United States Magistrate Judge.

**SO ORDERED**.

May 10, 2023.

*(signature)*
**A. JOE FISH**
**Senior United States District Judge**